# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 21, 2018

### NO. 03-18-00195-CV

**Va Lyncia Wilder, Appellant**

**v.**

**MWS Capital, LLC, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## DISMISSED AS MOOT-- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment rendered by the trial court on March 29, 2018. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.